RAYMOND L. WHEELER (BAR NO. 52886)
SHARYN K. FUNAMURA (BAR NO. 193518)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Telefacsimile: (650) 494-0792
Electronic Mail: rwheeler@mofo.com
sfunamura@mofo.com

**E-filed 8/15/05**

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.
(erroneously named and sued as
Siemens Ultra Sound Corporation
in State Court action)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA HASSANI,<br><br>          Plaintiff,<br><br>     v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., and DOES 1-50, Inclusive,<br><br>          Defendants. | No.     C05 03083 JF<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Honorable Jeremy Fogel<br><br>Action Removed: July 29, 2005 |

Plaintiff Reza Hassani ("Plaintiff") and Defendant Siemens Medical Solutions USA, Inc., ("Defendant") hereby stipulate to the following:

**RECITALS**

WHEREAS, Plaintiff filed his Complaint in Superior Court of California, County of Santa Clara on April 11, 2005, case number 1-05-CV-039062, which Complaint asserts three (3) causes of action for infliction of emotional distress, termination violative of public policy, and breach of an implied-in-fact contract;

WHEREAS, Defendant was personally served with a copy of the Complaint on June 29, 2005;

1  WHEREAS, Defendant timely filed a Notice of Removal on July 29, 2005 and removed said action to this Court on the basis of diversity jurisdiction;

2  WHEREAS, Defendant has not yet filed a responsive pleading in response to Plaintiff's Complaint;

3  WHEREAS, the deadline for Defendant to file an answer or other responsive pleading to Plaintiff's Complaint is Friday, August 5, 2005;

4  WHEREAS, the parties have agreed that the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint shall be continued for fourteen (14) days, until Friday, August 19, 2005.

**STIPULATION**

IT IS HEREBY STIPULATED BY THE PARTIES, that the deadline for Defendant to file a responsive pleading in response to Plaintiff's Complaint shall be continued from Friday, August 5, 2005 until Friday, August 19, 2005.  Pursuant to this stipulation, Defendant shall file and serve a responsive pleading on or before Friday, August 19, 2005.

Dated: August 3, 2005

RAYMOND L. WHEELER
SHARYN K. FUNAMURA
MORRISON & FOERSTER LLP

_s/Sharyn K. Funamura_
SHARYN K. FUNAMURA
Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.

Dated: August 3, 2005

FRANK E. MAYO
ATTORNEY AT LAW

_s/Frank E. Mayo_
FRANK E. MAYO
Attorney for Plaintiff
REZA HASSANI

STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING
Case No. C05 03083 JF
pa-999432

1  I, Sharyn K. Funamura, am the ECF User whose ID and password are being used to file
2  this Stipulation to Continue Defendant's Deadline to File Responsive Pleading. In compliance
3  with General Order 45, X.B., I hereby attest that Frank E. Mayo has concurred in this filing and
4  that I have on file all holograph signatures for any signatures indicated by a "conformed" (s/)
5  signature within this efiled document.

6  Dated: August 3, 2005      RAYMOND L. WHEELER
                               SHARYN K. FUNAMURA
7                              MORRISON & FOERSTER LLP

9                      By:    s/ Sharyn K. Funamura
                              Sharyn K. Funamura

11                     Attorneys for Defendant
                       SIEMENS MEDICAL SOLUTIONS USA, INC.

15  IT IS SO ORDERED.

16  8/15/05                    /s/electronic signature authorized
17                              Judge Jeremy Fogel
                                United States District Court

STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING   3
Case No. C05 03083 JF
pa-999432