1  RAYMOND L. WHEELER (BAR NO. 52886)
   SHARYN K. FUNAMURA (BAR NO. 193518)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Telefacsimile: (650) 494-0792
   Electronic Mail:      rwheeler@mofo.com
5                        sfunamura@mofo.com

6  Attorneys for Defendant                              **E-filed 8/25/05**
   SIEMENS MEDICAL SOLUTIONS USA, INC.
7  (erroneously named and sued as
   Siemens Ultra Sound Corporation
8  in State Court action)

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
   REZA HASSANI,                          No.     C05 03083 JF
14
                     Plaintiff,
15                                        **ORDER EXTENDING
       v.                                 DEFENDANT'S DEADLINE TO FILE
16                                        RESPONSIVE PLEADING**
   SIEMENS MEDICAL SOLUTIONS USA, INC.,
17 and DOES 1-50, Inclusive,               Honorable Jeremy Fogel

18                   Defendants.           Action Removed:  July 29, 2005

19
         IT IS HEREBY ORDERED that the deadline for Defendant to file a responsive pleading
20
   in response to Plaintiff's Complaint shall be continued from Friday, August 19, 2005 until Friday,
21
   September 2, 2005.  Defendant shall file and serve a responsive pleading on or before Friday,
22
   September 2, 2005.
23

24
   Dated:  8/25/05
25
                                          Jeremy Fogel /s/electronic signature authorized
26                                        United States District Court Judge

27

28

[PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING
Case No. C05 03083 JF
pa-1003032