RAYMOND L. WHEELER (BAR NO. 52886)
SHARYN K. FUNAMURA (BAR NO. 193518)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Telefacsimile: (650) 494-0792
Electronic Mail:      rwheeler@mofo.com
                           sfunamura@mofo.com                      **E-filed 1/31/06**

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.
(erroneously named and sued as
Siemens Ultra Sound Corporation
in State Court action)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA HASSANI,<br><br>                          Plaintiff,<br><br>     v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC.,<br>and DOES 1-50, Inclusive,<br><br>                          Defendants. | No.        C05 03083 JF<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE PURSUANT TO<br>FRCP 41(A)(1)**<br><br>Action Removed:  July 29, 2005 |

1    IT IS HEREBY STIPULATED by the parties to this action, through their designated

2  counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to

3  FRCP 41(a)(1), each party to bear its own attorneys' fees and costs.  This stipulation and order

4  and the dismissal with prejudice shall not constitute or be deemed an admission of any kind by

5  either party regarding the merits of this action.

6  Dated: December 21, 2005        RAYMOND L. WHEELER
                                   SHARYN K. FUNAMURA
7                                  MORRISON & FOERSTER LLP

8

9                                  By:   s/ Sharyn K. Funamura
                                         _____
10                                       Sharyn K. Funamura

11                                 Attorneys for Defendant
                                   SIEMENS MEDICAL SOLUTIONS USA, INC.

12

13 Dated: December 21, 2005        FRANK E. MAYO
                                   ATTORNEY AT LAW
14

15

16                                 By:   s/ Frank E. Mayo
                                         _____
                                         Frank E. Mayo
17
                                   Attorneys for Plaintiff
18                                 REZA HASSANI

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)
Case No. C05 03083 JF
pa-1029281

1    I, Sharyn K. Funamura, am the ECF User whose ID and password are being used to file

2  this **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP**

3  **41(A)(1)**.  In compliance with General Order 45, X.B., I hereby attest that Frank E. Mayo has

4  concurred in this filing and that I have on file all holograph signatures for any signatures

5  indicated by a "conformed" (s/) signature within this efiled document.

6  Dated: January 25, 2006          RAYMOND L. WHEELER
                                     SHARYN K. FUNAMURA
7                                    MORRISON & FOERSTER LLP

8

9                                    By:   s/ Sharyn K. Funamura
10                                         Sharyn K. Funamura

11                                   Attorneys for Defendant
                                     SIEMENS MEDICAL SOLUTIONS USA, INC.
12

13
       1/27/06
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)
Case No. C05 03083 JF
pa-1029281

3